James G. Graham, Trustee in Bankruptcy of Maxim Corporation, Appellant, v. Henry Rutgers Remsen Coles and Margaret Davidson Coles, as Executors, etc., of J. Campbell Thompson, Deceased, and as Distributees of His Property, Respondents.— Judgment unanimously affirmed, with costs. While we are of opinion that the finding of the Bankruptcy Court that the shares of stock were issued without substantial value being given therefor was conclusive upon the trial court, we think the judgment should be sustained upon the ground that defendants' testator was not chargeable with notice thereof. A finding to this effect will be made by this court. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ. Settle order on notice.

Edgar O. Hayes, Respondent, v. The Deerpark Brew Company, Inc., Appellant. (Action No. 1.) Edgar O. Hayes, Respondent, v. The Deerpark Brew Company, Inc., Appellant. (Action No 2.) — Judgment, as modified by order dated October 31, 1928, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

In the Matter of the Application of James E. Reaney, Administrator, etc., of Olivia Bacon Reaney, Deceased, for a Determination as to the Validity, Construction and Effect of the Disposition of Property Contained in the Last Will and Testament of Said Olivia Bacon Reaney, Deceased. Brooklyn Bureau of Charities, Appellant; James E. Reaney, Respondent.— Decree of the Surrogate's Court of Queens county reversed upon the law and the facts, without costs, and proceeding remitted to the surrogate of Queens county to take further proof tending to show whether or not the Brooklyn bureau of charities is the only charitable institution of a similar nature operating in Brooklyn, and whether or not the decedent had any dealings with such institution, and to take any other proof that may have a bearing upon the subject-matter of the litigation. Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ., concur.